## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

In the Matter of:                    :
                                     :   CHAPTER 7
HENSON, JEFF C                       :
                                     :   CASE NO. 12-30088-JPS
                                     :
      Debtor(s).                     :

## NOTICE OF MOTION OF TRUSTEE TO SELL DEBTOR'S INTEREST, IF ANY, IN REAL PROPERTY OTHER THAN IN THE ORDINARY COURSE OF BUSINESS

THE TRUSTEE HAS FILED A MOTION WITH THE COURT TO SELL THE DEBTOR'S INTEREST, IF ANY, IN REAL ESTATE OF THE ABOVE NAMED DEBTOR TO CTX FUNDING SPE, LLC OR ITS ASSIGNEE FOR $7,500.00. A COPY OF THE MOTION IS ATTACHED HERETO. THE ESTIMATED COSTS OF THE SALE TO BE DISBURSED AT CLOSING WILL BE AS FOLLOWS:

   (a) real estate transfer tax - $7.50; and
   (b) net proceeds to Trustee.

**YOUR RIGHTS MAY BE AFFECTED.** YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

IF YOU DO NOT WANT THE COURT TO SELL THE ABOVE DEBTOR'S INTEREST IN REAL ESTATE, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN OBJECTION. THE OBJECTION OR RESPONSE SHOULD BE SENT TO CLERK, UNITED STATES BANKRUPTCY COURT, POST OFFICE BOX 1957, MACON, GEORGIA 31202. IF AN OBJECTION OR RESPONSE IS FILED, A HEARING WILL BE HELD ON **MARCH 12, 2014 AT 2:00 P.M.** AT 115 E. HANCOCK STREET, 2ND FLOOR, POST OFFICE BUILDING, ATHENS, GEORGIA.

IF YOU MAIL YOUR RESPONSE OR OBJECTION TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** IT ON OR BEFORE **FEBRUARY 4, 2014**.

ANY HEARING NOTICE MUST ALSO BE MAILED TO THE MOVING PARTY.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MOTION AND MAY ENTER AN ORDER GRANTING THE MOTION.

Dated this 14 day of January, 2014.

/s/ William M. Flatau
WILLIAM M. FLATAU
State Bar No. 262800

355 Cotton Avenue
Macon, Georgia 31201
(478) 742-6481
billflatau@hotmail.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In the Matter of: | : |
| | : CHAPTER 7 |
| HENSON, JEFF C | : |
| | : CASE NO. 12-30088-JPS |
| | : |
| Debtor(s). | : |

## MOTION OF TRUSTEE TO SELL DEBTOR'S INTEREST, IF ANY, IN REAL PROPERTY OTHER THAN IN THE ORDINARY COURSE OF BUSINESS

COMES NOW, William M. Flatau, Trustee (the "Trustee" or "Movant") in the above-captioned proceeding, and files this motion to sell the debtor's interest, if any, in certain real estate hereinafter described, at private sale, and shows the Court the following:

1.

Movant is the duly qualified and acting trustee in the above case.

2.

The schedules filed in the above case reflected that the debtor held on interest in the following described real property (the "Property"):

All that tract or parcel of land lying and being in Land Lots 40 & 41, 9th District, 1st Section, Union County, State of Georgia, **consisting of a total of 23.03 acres**, and being Tracts 2 and 5 of Buckhead Subdivision and an additional parcel as shown on a plat of survey by Blairsville Surveying Co., dated December 29, 2001, and recorded in Union County Records in Plat Book 50, page 166. Said recorded plat is incorporated herein, by reference thereto, for a full and complete description of the above described property.

The above described property is a part of that conveyed from Views, Inc. to Raymond Keezer and Angela Keezer by Warranty Deed dated June 19, 1998, and recorded in Deed Book 292, page 637, and that conveyed from Gloria D. Baldwin and Robert V. Baldwin to Angela N. Keezer by Warranty Deed dated October 11, 1996, and recorded in Deed Book 260, page 492, Union County Records.

3.

At the time of the filing of the debtor's petition, all or a part of the Property was subject to a secured claim of Community & Southern Bank for the sum of $318,374.00.

4.

Pursuant to an agreement entered into between the Trustee as seller and CTX Funding SPE, LLC or its assignee ("CTX") as buyer, the Trustee is to sell the debtor's interest, if any, to Property to CTX or its assignee for the gross amount of $7,500.00.

5.

The Trustee is advised that the market value of the debtor's interest in the Property does not exceed $7,500.00.

6.

The Trustee further shows that from the gross proceeds of the sale of $7,500.00, the following approximate amounts will be disbursed, to wit:

(a)   real estate transfer tax - $7.50; and
(b)   net proceeds to Trustee.

7.

The Trustee feels that the offer submitted by CTX or its assignee is fair and reasonable under the circumstances and that a sale of the Property would be beneficial to all parties in interest.

WHEREFORE, the Trustee prays that after notice to all parties as required by law, that the Court approve the sale of the Property as requested and that he have such other and further relief as is deemed just.

_____
WILLIAM M. FLATAU
State Bar No. 262800
Attorney for Trustee

KATZ, FLATAU & BOYER, L.L.P.
355 Cotton Avenue
Macon, Georgia  31201
(478) 742-6481
billflatau@hotmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

In the Matter of:                              :
                                               :    CHAPTER 7
HENSON, JEFF C                                 :
                                               :    CASE NO. 12-30088-JPS
                                               :
Debtor(s).                                     :

## CERTIFICATE OF SERVICE

I hereby certify that I have served the Motion of Trustee to Sell the Debtor's Interest, if any, to Real Property Other Than in the Ordinary Course of Business and Notice thereon upon all parties in interest as listed on the debtor's matrix attached hereto by placing copies of same in the U. S. Postal Service with sufficient postage affixed thereto to insure prompt delivery. Elizabeth A. Hardy, Esq., 440 Martin Luther King, Jr. Blvd., Suite 302, Macon, Georgia  31201 was served electronically.

This ____ day of January, 2014.

_____
WILLIAM M. FLATAU

```
Label Matrix for local noticing          Clifton Lipford Hardison & Parker, LLC    Community and Southern Bank, c/o Busch, Slip
113G-3                                   1503 Bass Road                            3350 Riverwood Parkway
Case 12-30088                            Macon, GA 31210-7511                      Suite 1550
Middle District of Georgia                                                         Atlanta, GA 30339-3358
Athens
Mon Jan 13 14:56:05 EST 2014

Multibank 2009-1 RES-ADC Venture, LLC    U.S. Trustee - MAC                        3
c/o Morris, Manning & Martin, LLP        440 Martin Luther King Jr. Boulevard      433 Cherry Street
3343 Peachtree Road, NE                  Suite 302                                 P.O. Box 1957
1600 Atlanta Financial Center            Macon, GA 31201-7987                      Macon, GA 31202-1957
Atlanta, GA 30326

Alan Bentley                             BDH Associates, Inc.                      Blue Sky Communities, LLC
3600 Pointer Road                        4572 Lawrenceville Hwy.                   P.O. Box 72
Loganville, GA 30052-2864                Suite 201                                 Good Hope, GA 30641-0072
                                         Lilburn, GA 30047-3688


Blue Skye Investments, LLC               Chelsea Henson                            Community & Southern Bank
P.O. Box 72                              P.O. Box 72                               P.O. Box 280
Good Hope, GA 30641-0072                 Good Hope, GA 30641-0072                  Carrollton, GA 30112-0005


Community & Southern Bank                Community and Southern Bank               H & F Developments, LLC
c/o Busch, Slipakoff & Schuh, LLP        c/o Scott B. Kuperberg                    P.O. Box 72
3350 Riverwood Parkway                   Busch, Slipakoff & Schuh, LLP             Good Hope, GA 30641-0072
Fifteenth Floor                          3350 Riverwood Parkway
Atlanta, GA 30339-3358                   Suite 1550
                                         Atlanta, Georgia 30339-3358

HSBC Card Services                       Katz, Flatau & Boyer, LLP                 Leah & Anthony Fortner
Dept. 9600                               c/o William M. Flatau, Esq.               PO Box 503
Carol Stream, IL 60128-9600              355 Cotton Avenue                         Bostwick GA 30623-0503
                                         Macon, Georgia 31201-2636


Multibank 2009-1                         Multibank 2009-1 RES-ADC Venture          Multibank 2009-1 RES-ADC Venture, LLC
RES-ADC Venture LLC                      c/o Morris, Manning & Martin, LLP         c/o Lisa Wolgast, Esq.
700 NW 107 Avenue                        1600 Atlanta Financial Center             Morris, Manning & Martin, LLP
Suite 400                                3343 Peachtree Road, NE                   1600 Atlanta Financial Center
Miami, FL 33172-3139                     Atlanta, GA 30326-1085                    3343 Peachtree Road, NE
                                                                                   Atlanta, Georgia 30326-1085

Multibank 2009-1 RES-GA BSF, LLC         National Home Insurance Co.               Quantum Servicing
c/o Rialto Capitol Advisors, LLC         c/o Brown and Joseph                      6302 East MLK Blvd.
700 NW 107th Avenue                      P.O. Box 59838                            Suite 300
Suite 200                                Schaumburg, IL 60159-0838                 Tampa, FL 33619-1166
Miami, FL 33172-3138

Union County Tax Commissioner            Webb Tanner Powell Mertz, et al.          West Asset Management
65 Courthouse Street, Suite 3            P.O. Box 1390                             P.O. Box 790113
Blairsville, GA 30512-3091               Lawrenceville, GA 30046-1390              St. Louis, MO 63179-0113


Ernest V. Harris                         Jeff C. Henson                            William Flatau
P.O. Box 1586                            P.O. Box 72                               Katz, Flatau and Boyer, LLP
Athens, GA 30603-1586                    Good Hope, GA 30641-0072                  355 Cotton Avenue
                                                                                   Macon, GA 31201-2636
```