Page: 1

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 12-30088 JPS  
**Case Name:** HENSON, JEFF C  

**Period Ending:** 12/31/13

**Trustee:** (300080) William M. Flatau  
**Filed (f) or Converted (c):** 01/19/12 (f)  
**§341(a) Meeting Date:** 03/02/12  
**Claims Bar Date:** 07/23/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | House and 23 acres in Union County, | 242,653.00 | 0.00 | | 0.00 | FA |
| 2 | 1/2 interest in joint checking account at AFB&T | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Furniture, appliances and furnishings | 4,500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 5 | Watch | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding band | 100.00 | 0.00 | | 0.00 | FA |
| 7 | 1/2 interest in exercise equipment | 250.00 | 0.00 | | 0.00 | FA |
| 8 | 100% in All American Logging & Timber, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 100% in Blue Sky Communities, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 100% in Blue Skye Investments, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 100% in Rosebud Park, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 40% in Lakeport, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 50% in H & F Developments, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 50% in Lenora Meadows, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 67% in Trillium Forest Homes, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 16 | David Kennedy (uncollectible) | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 17 | Claim v. Chicago Title and John Boleman for lega | 100,000.00 | 96,000.00 | | 0.00 | FA |
| 18 | Garnished funds on December 16, 2011 | 43.12 | 0.00 | | 0.00 | FA |
| 19 | Miscellaneous truck parts | 500.00 | 0.00 | | 0.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 12-30088 JPS  
**Case Name:** HENSON, JEFF C  

**Period Ending:** 12/31/13

**Trustee:** (300080)   William M. Flatau  
**Filed (f) or Converted (c):** 01/19/12 (f)  
**§341(a) Meeting Date:** 03/02/12  
**Claims Bar Date:** 07/23/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | Tool box and tools | 500.00 | 0.00 | | 0.00 | FA |
| 21 | Adv. v. Jeff Henson, et al. (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 22 | Dispute v. Chelsea Henson (u) | 0.00 | 350,000.00 | | 350,000.00 | FA |
| 22 | **Assets**   **Totals** (Excluding unknown values) | **$369,096.12** | **$466,000.00** | | **$350,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

      POTENTIAL MOTION TO SELL DEBTOR'S INTEREST IN REAL ESTATE.

**Initial Projected Date Of Final Report (TFR):** January 30, 2014      **Current Projected Date Of Final Report (TFR):** January 30, 2015

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-30088 JPS | | Trustee: | William M. Flatau (300080) |
|---|---|---|---|---|
| Case Name: | HENSON, JEFF C | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****360066 - Checking Account |
| Taxpayer ID #: | **-***4995 | | Blanket Bond: | $1,925,000.00   (per case limit) |
| Period Ending: | 12/31/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/17/13 | {22} | Russell, Stell, Smith & Mattison, PC | Settlement with Chelsea Henson | 1249-000 | 350,000.00 | | 350,000.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.58 | 349,815.42 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 469.61 | 349,345.81 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 552.73 | 348,793.08 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 501.68 | 348,291.40 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 484.26 | 347,807.14 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 550.34 | 347,256.80 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 466.17 | 346,790.63 |
| 12/27/13 | 101 | Multibank 2009-1 RES-ADC Venture, LLC | Interim Disbursement | 7100-000 | | 250,000.00 | 96,790.63 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 548.71 | 96,241.92 |
| | | | **ACCOUNT TOTALS** | | 350,000.00 | 253,758.08 | **$96,241.92** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 350,000.00 | 253,758.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$350,000.00** | **$253,758.08** | |

{} Asset reference(s)   Printed: 01/23/2014 02:50 PM   V.13.14

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-30088 JPS  
**Case Name:** HENSON, JEFF C  

**Taxpayer ID #:** **-***4995  
**Period Ending:** 12/31/13  

**Trustee:** William M. Flatau (300080)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****360066 - Checking Account  
**Blanket Bond:** $1,925,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :           350,000.00  
Net Estate :           $350,000.00

|  | **TOTAL - ALL ACCOUNTS** | **Net<br>Receipts** | **Net<br>Disbursements** | **Account<br>Balances** |
|---|---|---|---|---|
|  | **Checking # ****360066** | 350,000.00 | 253,758.08 | 96,241.92 |
|  |  | $350,000.00 | $253,758.08 | $96,241.92 |